UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x

ELIZABETH MALONEY, on behalf of herself and all others similarly situated,

               Plaintiff,

-v.-

WATERMARK CONTRACTORS, INC., KEVIN MAHER and HUGH HARRIS

               Defendants.

------------------------------------------------- x

Case No. 1:21-cv-05727 (NSR)

**NOTICE OF JOINT MOTION FOR (1) PRELIMINARY APPROVAL OF SETTLEMENT; (2) CONDITIONAL CERTIFICATION OF THE PROPOSED SETTLEMENT CLASS; (3) APPOINTMENT OF McLAUGHLIN & STERN, LLP AS CLASS COUNSEL; (4) APPROVAL OF THE PROPOSED NOTICE OF SETTLEMENT; AND (5) SCHEDULING A FAIRNESS HEARING FOR FINAL APPROVAL OF THE SETTLEMENT**

     **PLEASE TAKE NOTICE** that upon the Declaration of Brett R. Gallaway dated December 1, 2021, together with the exhibits annexed thereto; and the accompanying memorandum of law, Plaintiff, by and through her undersigned counsel, shall jointly move this Court, Honorable Nelson S. Román, United States District Judge, on a date to be determined by the Court, for an Order as follows: (i) granting preliminary approval of the Settlement on the terms set forth in the Joint Stipulation of Settlement and Release, which is attached as Exhibit 1 to the Declaration of Brett R. Gallaway; (ii) conditionally certifying the proposed settlement class, for settlement purposes only, under Federal Rule of Civil Procedure 23(b)(3); (iii) appointing McLaughlin & Stern, LLP as Class Counsel; (iv) approving the proposed Notice of the Settlement attached as Exhibit 2 to the Declaration of Brett R. Gallaway, and directing its distribution; (v) scheduling a fairness hearing for final approval of the Settlement.

                         *[Remainder of page left intentionally blank]*

Dated: New York, New York
December 1, 2021

          McLAUGHLIN & STERN, LLP

By: _____
    Brett R. Gallaway
    Lee S. Shalov
    Jason S. Giaimo
260 Madison Avenue
New York, New York 10016
Tel.: (212) 448-1100
Fax: (212) 448-0066
*Attorneys for Plaintiffs*

{N0423731.1}    2