# McLaughlin & Stern, LLP
### Founded 1898

| | | |
|---|---|---|
| **Brett R. Gallaway**<br>Partner<br>bgallaway@mclaughlinstern.com<br>(212) 448-1100 | 260 Madison Avenue<br>New York, New York 10016<br>(212) 448–1100<br>Fax (212) 448–0066<br>www.mclaughlinstern.com | Clark, New Jersey<br>Garden City, New York<br>Millbrook, New York<br>Naples, Florida<br>West Palm Beach, Florida<br>Westport, Connecticut |

March 17, 2022

**MEMO ENDORSED**

<u>Via ECF</u>

Honorable Nelson Stephen Roman
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/18/2022

RE: *Maloney v. Watermark Contractors Inc., et al.*
Case No.: 7:21-cv-05727-NSR

Dear Judge Roman:

We represent the Plaintiff and the proposed class in the above-referenced action and write in response to the Court's March 17, 2022 Order deferring judgment on the parties' joint motion as to the Proposed Order. *See* Dkt. 27. The attached Proposed Order clarifies and corrects the error indicated by Your Honor in the Court's Order Deferring Judgment (*see* Dkt. No. 27).

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Brett R. Gallaway

cc: Defendants' counsel (via ECF)

The Court GRANTS the application and VACATES the March 10, 2022 Order (ECF No. 25). The Court will subsequently enter the parties' corrected proposed order setting the same deadlines. The Clerk of the Court is directed to terminate the motions at ECF Nos. 26 & 28.

Dated: March 18, 2022
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

{N0451294.1}