UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH MALONEY on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WATERMARK CONTRACTORS INC., KEVIN MAHER, and HUGH HARRIS,<br><br>Defendants. | Index No.: 1:21-cv-05727 (NSR)<br><br>**NOTICE OF JOINT MOTION FOR (1) FINAL APPROVAL OF SETTLEMENT; (2) CERTIFICATION OF THE SETTLEMENT CLASS; AND (3) ENTRY OF JUDGMENT** |

**PLEASE TAKE NOTICE** that upon the Parties' Joint Motion for Final Approval of Settlement dated May 9, 2022, the Declaration of Brett R. Gallaway dated May 9, 2022, together with the exhibits annexed thereto; Plaintiff and Defendants, by and through their respective counsel, shall jointly move this Court, Honorable Nelson S. Roman, United States District Judge, on May 24, 2022 at 2:00 p.m., for an Order as follows: (i) granting final approval of the Settlement on the terms set forth in the Joint Stipulation of Settlement and Release (the "Settlement Agreement") (Dkt. No. 23-1); (ii) certifying the settlement class for settlement purposes only, under Federal Rule of Civil Procedure 23(b)(3); and (iii) entering judgment in accordance with the Settlement Agreement.

Dated: New York, New York
       May 9, 2022

McLAUGHLIN & STERN, LLP

By: _____
    Brett R. Gallaway
    Lee S. Shalov
    Jason S. Giaimo
260 Madison Avenue
New York, New York 10016
Tel.: (212) 448-1100
*Attorneys for Plaintiff*

{N0470879.1}