| Date: 05/09/2022 | | | | | | **Detail Fee Transaction File List**<br>McLaughlin & Stern, LLP | | Page: 1 |
|---|---|---|---|---|---|---|---|---|

| Client | Trans Date | Tkpr | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 67870.000 Maloney/Elizabeth** | | | | | | | | |
| 67870.000 | 06/10/2021 | 179 | 6 | 485.00 | 1.50 | 727.50 | Draft of complaint; confer with BG; TC with client. | 1 |
| 67870.000 | 06/14/2021 | 179 | 27 | 485.00 | 0.25 | 121.25 | Email to clinet regarding complaint. | 2 |
| 67870.000 | 06/16/2021 | 179 | 5 | 485.00 | 0.75 | 363.75 | Review of pay stubs; revise complaint. | 3 |
| 67870.000 | 06/30/2021 | 179 | 5 | 485.00 | 0.25 | 121.25 | Review of emails regarding complaint and emails to client regarding same. | 4 |
| 67870.000 | 06/30/2021 | 199 | 1 | 690.00 | 0.25 | 172.50 | emails with bg re: new filing; conf. with bg re: same | 8 |
| 67870.000 | 07/01/2021 | 234 | 1 | 500.00 | 0.50 | 250.00 | Telephone conference with client re complaint and case strategy | 5 |
| 67870.000 | 07/01/2021 | 379 | 1 | 175.00 | 0.75 | 131.25 | Commence action in SDNY through ECF; e-file complaint; draft and e-file civil cover sheet, requests for summonses and notice of appearance for J. Giaimo. | 6 |
| 67870.000 | 07/02/2021 | 179 | 5 | 485.00 | 0.25 | 121.25 | Review of emails with defendants' counsel; review docket. | 7 |
| 67870.000 | 07/02/2021 | 234 | 1 | 500.00 | 0.50 | 250.00 | Review complaint; email to opposing counsel re service | 9 |
| 67870.000 | 07/12/2021 | 234 | 1 | 500.00 | 0.75 | 375.00 | Telephone conference with named plaintiff re Defendants' improper communications; email to opposing counsel re same | 10 |
| 67870.000 | 07/15/2021 | 234 | 1 | 500.00 | 0.50 | 250.00 | Telephone conference with opposing counsel re case strategy and mediation | 11 |
| 67870.000 | 07/19/2021 | 199 | 1 | 690.00 | 0.25 | 172.50 | emails with bg and defense counsel re: extending time to respond to complaint and possible mediation. | 12 |
| 67870.000 | 07/19/2021 | 179 | 5 | 485.00 | 0.25 | 121.25 | Review of emails with defendants' counsel and stipulation. | 13 |
| 67870.000 | 07/29/2021 | 199 | 1 | 690.00 | 0.25 | 172.50 | emails with defense counsel and bg re: mediation | 14 |
| 67870.000 | 07/29/2021 | 179 | 5 | 485.00 | 0.25 | 121.25 | Review of emails regarding mediation. | 16 |
| 67870.000 | 07/30/2021 | 199 | 1 | 690.00 | 0.25 | 172.50 | emails with bg and defense counsel re: dates for mediation | 15 |
| 67870.000 | 08/03/2021 | 234 | 1 | 500.00 | 1.00 | 500.00 | Telephone conference with client re case strategy and mediation; email to opposing counsel re discovery | 17 |
| 67870.000 | 08/03/2021 | 199 | 1 | 690.00 | 0.25 | 172.50 | emails with jg and bg re: defendants' failure to file an answer. | 18 |
| 67870.000 | 08/03/2021 | 179 | 5 | 485.00 | 0.25 | 121.25 | Review of emails with defendant's counsel; review docket. | 19 |
| 67870.000 | 08/06/2021 | 179 | 5 | 485.00 | 0.25 | 121.25 | Review of defendant's answer. | 20 |
| 67870.000 | 08/16/2021 | 234 | 1 | 500.00 | 0.50 | 250.00 | Telephone conference with opposing counsel and mediator re mediation; email to opposing counsel regarding discovery for the same | 21 |
| 67870.000 | 08/16/2021 | 179 | 4 | 485.00 | 0.75 | 363.75 | Preparation for pre-mediation conference with mediator; confer with BG regarding same; pre-mediation conference; review emails regarding same. | 22 |
| 67870.000 | 08/30/2021 | 234 | 1 | 500.00 | 2.00 | 1,000.00 | Review class list; email to opposing counsel re same; email to damage expert re same; tcw expert re damage analysis; emails to opposing counsel re same | 23 |
| 67870.000 | 08/30/2021 | 179 | 5 | 485.00 | 1.75 | 848.75 | Review of emails with defendant's counsel regarding payroll records in advance of mediation; review class list; research regarding same. | 24 |
| 67870.000 | 09/02/2021 | 199 | 1 | 690.00 | 0.25 | 172.50 | emails with bg, jm and lm re: status of employee interviews. | 25 |
| 67870.000 | 09/02/2021 | 179 | 3 | 485.00 | 0.75 | 363.75 | Research for mediation. | 26 |
| 67870.000 | 09/03/2021 | 179 | 5 | 485.00 | 0.50 | 242.50 | Review of document production and email damages expert. | 27 |
| 67870.000 | 09/07/2021 | 199 | 1 | 690.00 | 0.25 | 172.50 | emails with bg and lm re: employee interviews. | 28 |
| 67870.000 | 09/07/2021 | 179 | 6 | 485.00 | 0.75 | 363.75 | Draft of mediation statement. | 29 |
| 67870.000 | 09/08/2021 | 179 | 6 | 485.00 | 2.50 | 1,212.50 | Draft of mediation statement; research for same. | 30 |
| 67870.000 | 09/10/2021 | 234 | 1 | 500.00 | 3.50 | 1,750.00 | tcw class members re declarations; doc review re same | 31 |
| 67870.000 | 09/13/2021 | 477 | 1 | 425.00 | 1.90 | 807.50 | Review pleadings, docket and case filings. | 43 |
| 67870.000 | 09/13/2021 | 477 | 1 | 425.00 | 1.40 | 595.00 | Draft/revise/edit template Declaration for opt-in plaintiffs. | 44 |
| 67870.000 | 09/14/2021 | 179 | 6 | 485.00 | 0.75 | 363.75 | Draft of mediation statement. | 32 |
| 67870.000 | 09/14/2021 | 234 | 1 | 500.00 | 2.50 | 1,250.00 | Telephone conference with multiple class members re claims | 33 |
| 67870.000 | 09/14/2021 | 477 | 1 | 425.00 | 3.40 | 1,445.00 | Calls to prospective class members regarding nature of the case, declarations and opt-ins. | 46 |
| 67870.000 | 09/14/2021 | 477 | 1 | 425.00 | 2.30 | 977.50 | Calls to prospective class members regarding nature of the case, declarations and opt-ins. | 47 |
| 67870.000 | 09/17/2021 | 477 | 1 | 425.00 | 2.30 | 977.50 | Calls to prospective class members regarding nature of the case, declarations and opt-ins. | 48 |
| 67870.000 | 09/20/2021 | 477 | 1 | 425.00 | 2.20 | 935.00 | Calls to prospective class members regarding nature of the case, declarations and opt-ins. | 49 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date: 05/09/2022 | | | | | | **Detail Fee Transaction File List** | | Page: 2 |
| | | | | | | McLaughlin & Stern, LLP | | |

| Client | Trans Date | Tkpr | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 67870.000 Maloney/Elizabeth** | | | | | | | | |
| 67870.000 | 09/21/2021 | 199 | 1 | 690.00 | 0.25 | 172.50 | rr employee declaration; emails with lm re: same and filing opt in form | 34 |
| 67870.000 | 09/21/2021 | 477 | 1 | 425.00 | 3.90 | 1,657.50 | Calls to prospective class members regarding nature of the case, declarations and opt-ins. | 50 |
| 67870.000 | 09/21/2021 | 477 | 1 | 425.00 | 0.90 | 382.50 | Interview/Draft/Email Declaration of R. Dawson | 51 |
| 67870.000 | 09/22/2021 | 234 | 1 | 500.00 | 0.75 | 375.00 | Multiple emails to opposing counsel re discovery and mediation | 35 |
| 67870.000 | 09/22/2021 | 199 | 1 | 690.00 | 0.25 | 172.50 | emails with defense counsel and bg re: contacts with company employees. | 36 |
| 67870.000 | 09/22/2021 | 179 | 5 | 485.00 | 1.00 | 485.00 | Review of mediation statement and revisions to same; emails with defendant's counsel regarding mediation. | 38 |
| 67870.000 | 09/22/2021 | 477 | 1 | 425.00 | 2.20 | 935.00 | Calls to prospective class members regarding nature of the case, declarations and opt-ins. | 52 |
| 67870.000 | 09/22/2021 | 477 | 1 | 425.00 | 1.10 | 467.50 | Multiple Interviews/Draft/Email Declaration of A. Gregg | 53 |
| 67870.000 | 09/22/2021 | 477 | 1 | 425.00 | 0.80 | 340.00 | Interview/Draft/Email Declaration of H. Jefferson | 54 |
| 67870.000 | 09/23/2021 | 199 | 1 | 690.00 | 0.25 | 172.50 | emails with lm re: additional declarations. | 37 |
| 67870.000 | 09/23/2021 | 477 | 1 | 425.00 | 2.30 | 977.50 | Calls to prospective class members regarding nature of the case, declarations and opt-ins. | 55 |
| 67870.000 | 09/24/2021 | 199 | 1 | 690.00 | 0.25 | 172.50 | emails with bg, defense counsel and mediator re: contacting employees | 39 |
| 67870.000 | 09/24/2021 | 477 | 1 | 425.00 | 3.10 | 1,317.50 | Calls to prospective class members regarding nature of the case, declarations and opt-ins. | 56 |
| 67870.000 | 09/24/2021 | 477 | 1 | 425.00 | 0.80 | 340.00 | Interview/Draft/Email Declaration of S. Simon. | 57 |
| 67870.000 | 09/24/2021 | 477 | 1 | 425.00 | 0.90 | 382.50 | Interview/Draft/Email Declaration of F. Lee. | 58 |
| 67870.000 | 09/27/2021 | 477 | 1 | 425.00 | 0.20 | 85.00 | Follow-up telephone conference/edits to Declaration of S. Simon. | 59 |
| 67870.000 | 09/27/2021 | 477 | 1 | 425.00 | 0.90 | 382.50 | Interview/Draft/Email Declaration of M. Santiago | 60 |
| 67870.000 | 09/28/2021 | 199 | 1 | 690.00 | 0.25 | 172.50 | emails with team re: additional declarations and filing opt ins. | 40 |
| 67870.000 | 09/28/2021 | 179 | 5 | 485.00 | 0.25 | 121.25 | Review of declarations and opt-in forms. | 41 |
| 67870.000 | 09/29/2021 | 477 | 1 | 425.00 | 1.10 | 467.50 | Multiple Interviews/Draft/Email Declaration of R. Donaldson | 61 |
| 67870.000 | 10/01/2021 | 179 | 5 | 485.00 | 0.75 | 363.75 | Review of and revise mediation statement; review damages analysis. | 42 |
| 67870.000 | 10/04/2021 | 234 | 1 | 500.00 | 2.50 | 1,250.00 | d//er mediation statement; detailed review of damage analysis re same | 45 |
| 67870.000 | 10/04/2021 | 179 | 9 | 485.00 | 0.75 | 363.75 | Revision to mediation statement; confer with BG regarding same; review damage analysis. | 62 |
| 67870.000 | 10/05/2021 | 179 | 5 | 485.00 | 0.50 | 242.50 | Review of mediation statement; preparation of exhibits for same; finalize same. | 63 |
| 67870.000 | 10/06/2021 | 179 | 4 | 485.00 | 0.25 | 121.25 | Preparation for mediation; confer with BG regarding same. | 64 |
| 67870.000 | 10/07/2021 | 179 | 5 | 485.00 | 0.50 | 242.50 | Review of and finalize mediation statement and confer with expert; service of same. | 65 |
| 67870.000 | 10/12/2021 | 477 | 1 | 425.00 | 1.30 | 552.50 | Telephone conference with prospective opt-in R. Frucsciante regarding nature of the case, opt-ins and declaration; draft, revise, circulate plaintiff's declaration and opt-in form. | 77 |
| 67870.000 | 10/13/2021 | 179 | 4 | 485.00 | 0.25 | 121.25 | Preparation for mediation. | 66 |
| 67870.000 | 10/13/2021 | 477 | 1 | 425.00 | 0.30 | 127.50 | Follow-up telephone conference with prospective opt-in R. Frusciante regarding nature of the case, opt-ins and declaration edits. | 78 |
| 67870.000 | 10/14/2021 | 234 | 1 | 500.00 | 7.50 | 3,750.00 | prep for and attend mediation; tcw client re same | 67 |
| 67870.000 | 10/14/2021 | 179 | 2 | 485.00 | 4.50 | 2,182.50 | Mediation; preparation for same; draft MOU. | 68 |
| 67870.000 | 10/20/2021 | 234 | 1 | 500.00 | 5.00 | 2,500.00 | d/e/r settlement agreement; email to opposing counsel re same | 69 |
| 67870.000 | 10/22/2021 | 179 | 5 | 485.00 | 0.50 | 242.50 | Review of settlement agreement. | 70 |
| 67870.000 | 10/25/2021 | 234 | 1 | 500.00 | 2.75 | 1,375.00 | d/e/r nd finalize settlement agreement | 71 |
| 67870.000 | 10/26/2021 | 179 | 5 | 485.00 | 0.25 | 121.25 | Review of revisions to settlement agreement. | 72 |
| 67870.000 | 11/01/2021 | 477 | 1 | 425.00 | 0.60 | 255.00 | Telephone conference with opt-in Plaintiff R. Frusciante regarding declaration and case. | 94 |
| 67870.000 | 11/02/2021 | 234 | 1 | 500.00 | 1.50 | 750.00 | d/e/r and finalize settlement agreement; email to client and opposing counsel re same | 73 |
| 67870.000 | 11/02/2021 | 179 | 5 | 485.00 | 0.25 | 121.25 | Review of revisions to settlement agreement. | 74 |
| 67870.000 | 11/03/2021 | 179 | 5 | 485.00 | 0.50 | 242.50 | Review of confirmatory discovery regarding defendants' financial condition. | 75 |
| 67870.000 | 11/04/2021 | 179 | 5 | 485.00 | 0.50 | 242.50 | Review of confirmatory discovery. | 76 |
| 67870.000 | 11/09/2021 | 234 | 1 | 500.00 | 0.50 | 250.00 | Telephone conference with client re settlement agreement | 79 |
| 67870.000 | 11/15/2021 | 179 | 5 | 485.00 | 0.25 | 121.25 | Review of emails regarding preliminary approval | 80 |

| Date: 05/09/2022 | | | | | | Detail Fee Transaction File List | | Page: 3 |
| | | | | | | McLaughlin & Stern, LLP | | |

| Client | Trans Date | Tkpr | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 67870.000 Maloney/Elizabeth** | | | | | | | | |
| 67870.000 | 11/16/2021 | 234 | 1 | 500.00 | 1.00 | 500.00 | motion and related issues.<br>Dkt review; d/e/r status update letter to court re settlement | 81 |
| 67870.000 | 11/16/2021 | 379 | 1 | 175.00 | 0.25 | 43.75 | E-file status update letter re settlement agreement with SDNY. | 82 |
| 67870.000 | 11/16/2021 | 179 | 5 | 485.00 | 0.25 | 121.25 | Review of joint letter and memo endorsement of same. | 83 |
| 67870.000 | 11/22/2021 | 234 | 1 | 500.00 | 6.50 | 3,250.00 | d/e/r preliminary approval papers | 84 |
| 67870.000 | 11/23/2021 | 234 | 1 | 500.00 | 4.00 | 2,000.00 | d/e/r preliminary approval papers | 85 |
| 67870.000 | 11/24/2021 | 234 | 1 | 500.00 | 2.50 | 1,250.00 | d/e/r and finalize preliminary approval papers; email to opposing counsel re same | 86 |
| 67870.000 | 11/29/2021 | 234 | 1 | 500.00 | 3.00 | 1,500.00 | d/e/r declaration in support of motion for prelim approval; finalize all papers in support of prelim approval; email to opposing counsel re same | 87 |
| 67870.000 | 11/29/2021 | 179 | 5 | 485.00 | 1.00 | 485.00 | Review of motion for preliminary approval and revisions to same. | 88 |
| 67870.000 | 11/30/2021 | 234 | 1 | 500.00 | 1.00 | 500.00 | Finalize all preliminary approval papers; emails with opposing counsel and claims admin re same | 89 |
| 67870.000 | 11/30/2021 | 179 | 5 | 485.00 | 0.25 | 121.25 | Review of emails regarding settlement and claims administrator. | 90 |
| 67870.000 | 12/01/2021 | 234 | 1 | 500.00 | 0.50 | 250.00 | Telephone conference with opposing counsel re class list and discovery; | 91 |
| 67870.000 | 12/01/2021 | 379 | 1 | 175.00 | 1.75 | 306.25 | Copy edit motion papers; add TOC and TOA to brief; create PDFs of motion papers; e-file same with SDNY. | 92 |
| 67870.000 | 12/01/2021 | 179 | 5 | 485.00 | 0.25 | 121.25 | Review of employee workweek data. | 93 |
| 67870.000 | 01/11/2022 | 179 | 9 | 485.00 | 0.25 | 121.25 | Revision to notice of motion and confer with PB regarding same. | 95 |
| 67870.000 | 01/24/2022 | 234 | 1 | 550.00 | 0.25 | 137.50 | Telephone conference with plaintiff re settlement distribution and hearing timelines | 96 |
| 67870.000 | 02/23/2022 | 179 | 5 | 485.00 | 0.25 | 121.25 | Review of email from class member regarding settlement. | 97 |
| 67870.000 | 03/10/2022 | 179 | 6 | 485.00 | 0.50 | 242.50 | Draft of letter regarding settlement; file same; confer with BG. | 98 |
| 67870.000 | 03/11/2022 | 179 | 27 | 485.00 | 0.25 | 121.25 | Email to defendants' counsel regarding preliminary approval of settlement; review preliminary approval order. | 99 |
| 67870.000 | 03/15/2022 | 179 | 6 | 485.00 | 0.75 | 363.75 | Draft of joint letter and revised proposed order; emails with claims admin; TC with clerk. | 100 |
| 67870.000 | 03/15/2022 | 379 | 1 | 175.00 | 0.25 | 43.75 | E-file joint letter motion and revised proposed order with SDNY. | 101 |
| 67870.000 | 03/17/2022 | 379 | 1 | 175.00 | 0.50 | 87.50 | Draft revised letter motion; revise proposed order; e-file letter motion and proposed order with SDNY. | 102 |
| 67870.000 | 03/17/2022 | 179 | 5 | 485.00 | 0.25 | 121.25 | Review of order granting preliminary approval. | 103 |
| 67870.000 | 03/23/2022 | 179 | 5 | 485.00 | 0.25 | 121.25 | Review of email from defendants' counsel to claims administrator regarding class list and data for notices. | 104 |
| 67870.000 | 03/29/2022 | 179 | 1 | 485.00 | 0.50 | 242.50 | Telephone conference with class member regarding settlement; email to claims administrator regarding same. | 105 |
| 67870.000 | 03/30/2022 | 179 | 5 | 485.00 | 0.50 | 242.50 | Review of notice packet. | 106 |
| 67870.000 | 04/08/2022 | 179 | 27 | 485.00 | 0.25 | 121.25 | Emails with claims administrator. | 107 |
| 67870.000 | 04/15/2022 | 179 | 5 | 485.00 | 0.25 | 121.25 | Review of email from claims administrator. | 108 |
| 67870.000 | 04/19/2022 | 179 | 5 | 485.00 | 0.25 | 121.25 | Review of email from claims administrator. | 109 |
| 67870.000 | 04/29/2022 | 179 | 5 | 485.00 | 0.25 | 121.25 | Review of email from claims administrator with status report. | 110 |
| 67870.000 | 05/02/2022 | 234 | 1 | 650.00 | 4.50 | 2,925.00 | d/e/r motion for final approval and related papers | 111 |
| 67870.000 | 05/04/2022 | 234 | 1 | 650.00 | 7.75 | 5,037.50 | d/e/r motion for final approval; r/r re same; email to opposing counsel re same | 112 |
| 67870.000 | 05/05/2022 | 234 | 1 | 650.00 | 6.50 | 4,225.00 | d/e/r final approval motion and related papers; r/r re same | 113 |
| 67870.000 | 05/05/2022 | 179 | 5 | 485.00 | 0.75 | 363.75 | Review of and revise motion for final approval. | 115 |
| 67870.000 | 05/06/2022 | 234 | 1 | 650.00 | 5.50 | 3,575.00 | d/e/r and finalize final approval papers | 114 |
| 67870.000 | 05/06/2022 | 179 | 5 | 485.00 | 1.25 | 606.25 | Review of and revise motion for final approval, fees, declaration in support. | 116 |
| 67870.000 | 05/09/2022 | 234 | 1 | 650.00 | 3.50 | 2,275.00 | d/e/r and finalize all final approval papers | 117 |
| **Total for Client ID 67870.000** | | | | Billable | 150.15 | 75,675.00 | Maloney/Elizabeth<br>Re: Watermark Construction Group, Coventry Interiors, Kevin Ma | |

**GRAND TOTALS**

| | | | | Billable | 150.15 | 75,675.00 | | |